UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **DAMIEN THOMPSON,** | : | VIOLATIONS: 21 U.S.C. § 856(a)(1) |
| **also known as Damo,** | : | and § 856(b) |
| **LAKEISHA GRIMES,** | : | (Maintaining a Residence for the purpose of |
| **Defendants.** | : | Manufacturing, Distributing, and |
| | : | Using a Controlled Substance); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Distribution of Cocaine Base Within |
| | : | 1000 Feet of a School); |
| | : | 18 U.S.C. § 922(g) (1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. § 844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying, and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

Between in or about 1992 and May 2006, the exact dates being unknown to the Grand Jury, within the District of Columbia, **DAMIEN THOMPSON AND LAKISHA GRIMES**, defendants herein, and others whose identities are known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully maintain a place, to wit: 4204 Fourth Street, S.E., Apartment # 201, Washington, D.C., for the purpose of manufacturing, storing, distributing, and using cocaine and cocaine base, also known as crack, Schedule II narcotic drug controlled substances.

(**Maintaining a Residence for the Purpose of Manufacturing, Distributing, and Using a Controlled Substance**, in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b))

## COUNT TWO

On or about November 1, 2005, within the District of Columbia, **DAMIEN THOMPSON, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about November 1, 2005, within the District of Columbia, **DAMIEN THOMPSON, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as  crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section

841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

>(**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

### COUNT FOUR

On or about May 23, 2006, within the District of Columbia, **DAMIEN THOMPSON also known as Damo**, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. F2796-05, did unlawfully and knowingly receive and possess a firearm, that is, a Lorcin semi-automatic handgun, Model L-380, and did unlawfully and knowingly receive and possess ammunition, that is, .380 and .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g))

### COUNT FIVE

On or about May 23, 2006, within the District of Columbia, **DAMIEN THOMPSON, also known as Damo, and LAKISHA GRIMES**, defendants herein, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

>(**Simple Possession of a Controlled Substance and Aiding and Abetting**, in violation of Title 21, United States Code, Section 844(a) and Title 18, United States Code, Section 2)

## COUNT SIX

On or about May 23, 2006, within the District of Columbia, **DAMIEN THOMPSON**, **also known as Damo, and LAKISHA GRIMES**, defendants herein, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Lorcin semi-automatic handgun, Model L-380.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.