# WARRANT FOR ARREST

132837

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 07-130-02 | MAGIS. NO: |
|---|---|---|
| V. DAMIEN THOMPSON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Lakeisha Grimes | FILED MAY 2 3 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

SEALED / UNSEALED

**DOB:**   **PDID:**

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

MAINTAINING A RESIDENCE FOR THE PURPOSE OF MANUFACTURING, DISTRIBUTING, AND USING A CONTROLLED SUBSTANCE;
UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL;
UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE;
USING, CARRYING, AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:856(a)(1) and 856(b); and 21:841(a)(1) and 841(b)(1)(C); 21:860(a); 18:922(g)(1); 21:844(a); 18:924(c)(1); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 5/18/07 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 5/18/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 05/22/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 05/23/07 | William Marston DUSM | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |