UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 07 - 130 - 02 (JR) |
| | ) | |
| | ) | |
| **LAKEISHA GRIMES** | ) | |

### CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT LIMITED TRAVEL TO THE DISTRICT OF COLUMBIA AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the defendant, Lakeisha Grimes, through undersigned counsel, and respectfully requests that the Court modify her conditions of release to permit limited travel to the District of Columbia related to the educational and medical needs of her children. As grounds for this motion Defendant states as follows:

1. On or about May 23, 2007, Ms. Grimes was arraigned on the indictment in this case. Ms. Grimes is charged in three of the six counts in the indictment: 1) Count One - maintaining a drug house; 2) Count Five - possession of cannabis; and 3) Count Six - possession of a firearm during and in relation to a drug trafficking offense. The charges stem from the execution of a search warrant on May 23, 2006, at the apartment she shared the co-defendant.

2. On or about May 24, 2007, Ms. Grimes was released on personal recognizance under the supervision of the Pretrial Services Agency ("PSA"), with the following conditions: 1) report twice a week to the Pretrial Services Agency ("PSA") by telephone; live with her mother in Oxon Hill, Maryland; stay away from her co-defendant; do not travel more than 50 miles from Washington, D.C.; and do not travel to the District of Columbia except to meet with her attorney or investigator.

- 2 -

2. After the hearing Ms. Grimes realized that she needs to go to the District of Columbia to attend her son's graduation ceremony from kindergarten on June 6, 2007. In addition, she needs to take her 6 year old son to an allergist on Minnesota Avenue for weekly appointments, usually on Mondays, and her newborn son for periodic check-ups. The doctor's offices are in the District of Columbia.

3. Undersigned counsel contacted Arvind Lal, the Assistant United States Attorney assigned to the case. He authorized counsel to represent that the government consents to these requests.

4. Wherefore, undersigned counsel is requesting that the Court modify Ms. Grimes' release conditions, permitting her to travel to the District of Columbia on June 6, 2007, to attend her son's kindergarten graduation ceremony, and to take her children for doctor's visits as needed to the Medical Center on Minnesota Avenue in the District of Columbia. All other conditions are to remain the same.

WHEREFORE, for all the reasons set forth above, and in the interest of justice, the defendant respectfully requests that the Court modify her conditions of release as requested.

Respectfully submitted,

/s/
Howard B. Katzoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
CJA Counsel for Lakeisha Grimes

**CERTIFICATE OF SERVICE**

I hereby certify that this __1st__ day of __June__, 2007, a copy of the foregoing Motion and Points and Authorities were electronically served upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530.

/s/
Howard B. Katzoff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **CR. NO. 07 - 130 - 02 (JR)** |
| | ) | |
| | ) | |
| **LAKEISHA GRIMES** | ) | |

**<u>ORDER</u>**

  The Court has considered the Defendant's Consent Motion to Modify Conditions of Release To Permit Limited Travel To The District of Columbia., and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

  Accordingly, it is this _____ Day of _____, 2007,

  ORDERED that Defendant's Motion is hereby GRANTED, and it is

  FURTHER ORDERED that Defendant shall be permitted to travel to the District of Columbia to meet with her attorney, his staff, or his investigator; to attend her son's kindergarten graduation on June 6, 2007; and to take her children for medical appointments at their Health Center.  All other conditions shall remain the same.

  SO ORDERED.


_____
JAMES ROBERTSON
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Arvind Lal, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Pretrial Services Agency
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001