UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 07 - 130 - 02 (JR) |
| | ) |
| LAKEISHA GRIMES | ) |

**ORDER**

FILED
JUN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____The Court has considered the Defendant's Consent Motion to Modify Conditions of Release To Permit Limited Travel To The District of Columbia., and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this __4th__ Day of __June__, 2007,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant shall be permitted to travel to the District of Columbia to meet with her attorney, his staff, or his investigator; to attend her son's kindergarten graduation on June 6, 2007; and to take her children for medical appointments at their Health Center. All other conditions shall remain the same.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Arvind Lal, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Pretrial Services Agency
United States District Court
333 Constitution Avenue,  N.W.
Washington, D.C.  20001