**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 07-130 (JR)** |
| v. | : | |
| | : | |
| | : | |
| **LAKEISHA GRIMES and** | : | |
| **DAMIEN THOMPSON,** | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

The United States of America, through its undersigned counsel, hereby gives notice that

Assistant United States Attorney Matthew P. Cohen is entering his appearance as co-counsel for

the government.[1]  AUSA Cohen's D.C. Bar number is 469-629; his phone number is (202) 514-

7427; his room number is 4118; and his e-mail address is Matthew.Cohen2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498-610

ARVIND K. LAL
Assistant U.S. Attorney
D.C. Bar # 389-489

By:    _____/s/_____
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4118
Washington, D.C. 20530
(202) 514-7427 office
(202) 514-8707 facsimile

---

[1] AUSA Cohen has been serving as co-counsel for the United States since the filing of
the Indictment in this matter, but just determined that he was not listed as one of the counsel for
record on the Court's ECF system.