UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.    ) | CR. NO. 07 - 130 - 02 (JR) |
| ) | |
| ) | |
| ) | |
| LAKEISHA GRIMES    ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DEFENSE MOTIONS
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, Lakeisha Grimes, through undersigned counsel, and respectfully moves for a brief enlargement of time within which to file motions. In support of this request defendant states as follows:

1. On October 12, 2007, the Court conducted a status hearing in this case and set a motions schedule. In light of the fact that undersigned counsel was in an extended trial, the Court granted the defendants leave to file motions on or before December 14th.

2. Counsel has been unable to prepare and file defense motions in the case, primarily because of time constraints caused by two recent medical emergencies - one related to a client and the other related to a family member. Following the completion of counsel's extended trial, a detained client became very ill. Counsel was required to meet with the defendant, the defendant's family, his doctors, and Department of Corrections officials in order to try to obtain necessary treatment and to seek his release from custody. The task was very time-consuming, particularly since the government was vigorously contesting the request for a humanitarian-based

- 2 -

release. The defendant passed away less than a week after the Court issued the release order granting his release from custody. Following that ordeal, counsel was immediately required to turn his attention to medical problems and related issues involving a close family member who appeared to become gravely ill last weekend. The family member is still in the intensive care unit, and remains in serious condition. Counsel has had to spend an inordinate amount of time over the past week addressing the medical and related issues necessitated by this situation. As a result counsel has simply not had an opportunity to prepare and file motions this week. Thus defendant is respectfully requesting leave to file motions on or before December 20, 2007.

    3. Undersigned counsel contacted Arvind Lal, the Assistant United States Attorney assigned to the case. He authorized counsel to represent that the government consents to this request. [1]

    WHEREFORE, defendant respectfully requests an enlargement of time within which to file defense motions through and including December 20, 2007.

                                           Respectfully submitted,

                                           /s/
                                         Howard B. Katzoff
                                         717 D Street, N.W., Suite 310
                                         Washington, D.C. 20004
                                         (202) 783-6414
                                         CJA Counsel for Lakeisha Grimes

---

[1] Undersigned counsel advised Mr. Lal that if the government needs a few extra days to file its responses or oppositions as a result of the requested extension, the defendant would not object to such a request by the government.

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that this   14th   day of   December  , 2007, a copy of the foregoing Motion was electronically served upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530.

                                                /s/
                                          Howard B. Katzoff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | **CR. NO. 07 - 130 - 02 (JR)** |
| ) | |
| ) | |
| **LAKEISHA GRIMES** ) | |

### ORDER

The Court has considered the Defendant's Consent Motion for Enlargement of Time Within Which To File Defense Motions, and the entire record in this matter, and it appears that such relief should be GRANTED.

**ACCORDINGLY**, it is this _____ day of ___December___, 2007,

**ORDERED** that Defendant's Motion is hereby granted, and it is

**FURTHER ORDERED** that defendant's motions shall be due by December 20, 2007.

**SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Howard B. Katzoff, Esq.
601 Indiana Ave., N.W. Suite 500
Washington, D.C. 20004

Arvind Lal, Esq.
Matthew Cohen. Esq.
Office of the U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530