UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    ) Crim. No. 07 - 130 - 02 (JR)<br>)<br>)<br>LAKEISHA GRIMES  )<br>) | |

**DEFENDANT GRIMES' MOTION TO ADOPT AND JOIN
MOTIONS FILED BY THE CO-DEFENDANT**

COMES NOW the defendant, through undersigned counsel, and respectfully requests this Court to allow defendant to adopt, join, and conform the Motions filed on behalf of other defendants in the above-captioned matter that assert grounds for relief that defendant has standing to raise, and that do not seek relief inconsistent with the relief already sought in Motions filed by defendant.

Defendant maintains that the granting of this Motion will conserve judicial resources considerably by limiting the filing of duplicative Motions by defense counsel.

WHEREFORE, for the above stated reasons, defendant requests that the above Motion be granted.

Respectfully submitted,

_____
Howard B. Katzoff, (Bar # 348292)
717  D Street,  N.W.,  Suite 310
Washington, D.C. 20004
(2020 783-6414
Counsel for Lakeisha Grimes

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion has been served electronically upon AUSAs Arvind Lal and Matthew Cohen, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, and defense counsel of record this   20th   day of December, 2007.

                                                /s/
                                     Howard B. Katzoff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 07 - 130 - 02 (JR) |
| ) | |
| LAKEISHA GRIMES ) | |

**ORDER**

The Court has reviewed, Defendant Lakeisha Grimes' Motion To Adopt and Join Co-Defendant's Motions and Memorandum of Points and Authorities In Support Thereof, any opposition thereto, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2008,

ORDERED that defendant Grimes' Motion is hereby GRANTED.

 

JAMES ROBERTSON
United States District Court

Copies to:
Howard B. Katzoff, Esq.
717 D Street, N.W. , Suite 310
Washington, D.C.  20004

Arvind Lal, Esq.
Matthew Cohen, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530

Defense counsel of record