UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Crim. No. 07-130-02 (JR) |
| | ) |
| **LAKEISHA GRIMES** | ) |

## NOTICE OF FILING MODIFIED RELEASE ORDER

COMES NOW the Defendant, by and through undersigned counsel, and respectfully submits the attached Order modifying her conditions of release.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar# 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Lakeisha Grimes

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing was electronically served on Government counsel and defense counsel of record this   27th   day of   March  , 2008.

/s/
Howard B. Katzoff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.   )   Crim. No. 07-130-02 (JR)<br>)<br>)<br>LAKEISHA GRIMES   ) | |

**ORDER**

_____The Court has considered the Defendant's unopposed request to be permitted to return to her apartment at 4204 Fourth Street, N.W. in the District of Columbia, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ Day of _____, 2008,

**ORDERED** that Defendant shall now be permitted to live in her apartment at 4204 Fourth Street, N.W., Washington, D.C. 20032.  All other conditions of release shall remain the same.

**SO ORDERED.**

                                                                   _____
                                                                   JAMES ROBERTSON
                                                                   United States District Judge

Copies to:
Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Arvind Lal, Esq.
Matthew Cohen, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20004

Pretrial Services Agency