FILED

MAR 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA       : | |
| : | |
| v.                             : | CRIMINAL NO. 07-130-02 (JR) |
| : | |
| LAKISHA GRIMES                 : | |
| : | |
| Defendant.                     : | |

## PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1. On May 23, 2006, agents of the Federal Bureau of Investigation executed a search warrant at 4204 Fourth Street, S.E., Apt. 201, Washington, D.C. When the agents entered the apartment, the defendants, Damien Thompson and Lakisha Grimes, were in the apartment along with a child. During the execution of the search warrant, the officers recovered a Lorcin semi-automatic handgun, Model L 380, Serial number 404088 with four rounds in the magazine and one in the chamber, a black plastic bag contained plastic gloves and another bag with a razor blade with residue of a white substance, a silver digital scale with a razor blade with residue of a white substance, a clear ziplock containing a green leafy substance, a baggie of .22 caliber ammunition and .380 caliber ammunition, a box of sandwich bags and a bag of empty mini ziplock bags, a necklace with a marijuana pendant, one .380 auto round and additional razor blades with residue of a white substance and $193.35 in United States currency.

2. The green leafy substance listed in he previous paragraph was analyzed by the Mid Atlantic Laboratory of the Drug Enforcement Administration, and was found to be marijuana.

3.    Ms. Grimes acknowledges that she knowingly and intentionally possessed the marijuana.

### Limited Nature of Proffer

4.    This proffer of evidence is not intended to constitute a complete statement of all facts known by Ms. Grimes but is a minimum statement of facts intended to provide the necessary factual predicate for Ms. Grimes' acceptance of responsibility and her participation in the Pretrial Diversion Program.

5.    Ms. Grimes further agrees that she has reviewed all of the allegations in the entire original indictment that was returned on May 18, 2007, and in the superseding indictment returned on October 17, 2007, in criminal number 07-131. Ms. Grimes admits that the allegations in both of those indictments are true, or does not have information to dispute or disprove those allegations set forth in the indictment and the superseding indictment in any way.

Respectfully submitted,

JEFFREY A. TAYLOR
Bar No. 489610
United States Attorney

_____
Matthew P. Cohen, Bar Number 469629
Assistant United States Attorneys
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4118
Washington, DC 20530
(202) 514-7427

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my Possession of a Controlled Substance in violation of Title 21, United States Code, Section 844(a). I have discussed this proffer fully with my attorney, Howard Katzoff, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 3·27·08

_____
LAKISHA GRIMES
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's violation of Title 21, United States Code, Section 844(a). I have reviewed the entire proffer with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 3/27/08

_____
Howard Katzoff, Esquire