FILED
MAR 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-130-02 (JR) |
| | : | |
| LAKISHA GRIMES, | : | |
| | : | |
| Defendant. | : | |

## AGREEMENT FOR PRETRIAL DIVERSION

You are charged with having committed an offense against the United States on or about May 23, 2006, in violation of Title 21, United States Code, Section 844(a), in that you are alleged to have knowingly possessed a mixture and substance containing a detectable amount of marijuana, a controlled substance.

It also appears that you are alleged to have committed a violation of Title 21, United States Code, Sections, 856(a)(1) and 856(b), by maintaining a residence for the purpose of manufacturing, distributing, and using a Controlled Substance, and a violation of Title 18, United States Code, Sections 924(c)(1) and 2, by aiding and abetting in the possession of a firearm during a drug trafficking offense.

By this agreement, you stipulate and agree to the facts set forth in the attached Proffer of Evidence, which is incorporated by reference herein.

Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure; therefore

On the authority of the Attorney General of the United States, by Jeffrey A. Taylor, United States Attorney for the District of Columbia, prosecution in this District for this offense shall be deferred for the period of nine (9) months from this date, provided you abide by the following conditions and the requirements of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this pretrial diversion program or change the period of supervision, which shall in no case exceed eighteen (18) months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In this case he will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offenses set out in this Agreement will be instituted in this District, and the charges against you will be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution of you for the above-described offense.

### General Conditions of Pretrial Diversion

1. You shall not violate any law (Federal/State/Local). You shall immediately contact your pretrial diversion supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable to attend school, you shall notify your pretrial diversion supervisor at once. You shall consult him/her prior to job or school changes.

3. You shall report to your supervisor as directed and keep him/her informed of your whereabouts.

4. You shall follow the program and such special conditions as may be described below.

### Special Conditions

You shall perform fifty (50) hours of community service approved by your pretrial diversion supervisor, to be completed within nine (9) months from this date. You shall also participate in drug testing and treatment, as directed by your pretrial diversion supervisor.

### Additional Waivers

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the United States Attorney for the District of Columbia to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such

prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

    I hereby state that the above has been read and explained to me. I understand the conditions of my pretrial diversion program and agree that I will comply with them.

_____  3·27·08
Lakeisha Grimes                   Date

_____  3/27/08
Howard Katzoff, Esq.              Date
Counsel for Lakeisha Grimes

_____  3/27/08
~~Pretrial Services~~ Officer      Date
U.S. Probation
Pasquinucci S. Miller

JEFFREY A. TAYLOR
Bar No. 489610
United States Attorney

_____  3/27/08
Matthew P. Cohen, Bar Number 469629
Assistant United States Attorney
555 4th Street, N.W., Room 4118
Washington, DC 20530
(202) 514-7427 office
(202) 514-7427 facsimile

3