```
                                                                FILED
    UNITED STATES DISTRICT COURT                              APR 0 7 2008
    FOR THE DISTRICT OF COLUMBIA
                                                        NANCY MAYER WHITTINGTON, CLERK
                                                              U.S. DISTRICT COURT
```

UNITED STATES OF AMERICA    )
                            )
                            )
v.                          ) Crim. No. 07-130-02 (JR)
                            )
                            )
LAKEISHA GRIMES             )

## ORDER

The Court has considered the Defendant's unopposed request to be permitted to return to her apartment at 4204 Fourth Street, N.W. in the District of Columbia, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this ___2nd___ Day of ___April___, 2008,

**ORDERED** that Defendant shall now be permitted to live in her apartment at 4204 Fourth Street, N.W., Washington, D.C. 20032. All other conditions of release shall remain the same.

**SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge

Copies to:
Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Arvind Lal, Esq.
Matthew Cohen, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20004

Pretrial Services Agency